```
 1  Jonathan R. Donnellan (Pro Hac Vice)
    Kristina E. Findikyan (Pro Hac Vice)
 2  Eve B. Burton (Pro Hac Vice)
    THE HEARST CORPORATION
 3  1345 Avenue of the Americas, 10th Floor
    New York, NY 10105
 4  Telephone:  (212) 649-2000
    Facsimile:  (212) 649-2035
 5  Email:      Jdonnellan@hearst.com

 6  Floyd Abrams (Pro Hac Vice)
    Susan Buckley (Pro Hac Vice)
 7  CAHILL GORDON & REINDEL LLP
    80 Pine Street
 8  New York, NY  10005-1702
    Telephone:  (212) 701-3000
 9  Facsimile:  (212) 269-5420
    Email:      Sbuckley@cahill.com
10
    Gregory P. Lindstrom (Bar No. 082334)
11  Steven M. Bauer (Bar No. 135067)
    Sadik H. Huseny (Bar No. 224659)
12  LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
13  San Francisco, California  94111-2562
    Telephone:  (415) 391-0600
14  Facsimile:  (415) 395-8095
    Email:      Gregory.Lindstrom@lw.com
15
    Attorneys for Movants
16  MARK FAINARU-WADA and
    LANCE WILLIAMS
17
    [Additional counsel listed on following page]
18
```

E-Filing

RECEIVED
MAY 3 1 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 06 90225 MISC

In re:                                           CASE NO.

GRAND JURY SUBPOENAS TO        [PROPOSED] ORDER GRANTING
MARK FAINARU-WADA              APPLICATION FOR ADMISSION OF
AND LANCE WILLIAMS             ATTORNEY *PRO HAC VICE*
                               (JONATHAN R. DONNELLAN)

ORIGINAL

| | |
|---|---|
| 1 | Christopher J. Morvillo (*Pro Hac Vice*) |
| | MORVILLO, ABRAMOWITZ, GRAND, |
| 2 | IASON & SILBERBERG, P.C. |
| | 565 Fifth Avenue |
| 3 | New York, NY  10017 |
| | Telephone:  (212) 856-9600 |
| 4 | Facsimile:   (212) 856-9494 |
| | Email:         Cmorvillo@magislaw.com |
| 5 | |
| | Attorneys for Movants |
| 6 | MARK FAINARU-WADA and |
| | LANCE WILLIAMS |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Jonathan R. Donnellan, an active member in good standing of the bars of the state
2  of New York and the United States Supreme Court, the United States Courts of Appeals for the
3  Second and Fifth Circuits and the United States District Courts for the Southern District of New
4  York and the Eastern District of New York, whose business address and telephone number is
5  The Hearst Corporation, 1345 Avenue of the Americas, 10th Floor, New York, NY 10105, (212)
6  649-2000, having applied in the above-entitled action for admission to practice in the Northern
7  District of California on a *pro hac vice* basis, representing movants Mark Fainaru-Wada and
8  Lance Williams:
9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11  *hac vice*. Service of papers upon and communication with co-counsel designated in the
12  application will constitute notice to the party. All future filings in this action are subject to the
13  requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

*[signature]*
United States District Court Judge