1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone: (212) 649-2000
   Facsimile: (212) 649-2035
5  Email: Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile: (212) 269-5420
   Email: Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile: (415) 395-8095
   Email: Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]
18

19                UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

22
                                           CASE NO. CR 06 90225 MISC
23 In re:

24 GRAND JURY SUBPOENAS TO           [PROPOSED] ORDER GRANTING
   MARK FAINARU-WADA                 APPLICATION FOR ADMISSION OF
25 AND LANCE WILLIAMS                 ATTORNEY *PRO HAC VICE*
                                     (KRISTINA E. FINDIKYAN)
26

27

28

RECEIVED MAY 31 2006 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| 1 | Christopher J. Morvillo (*Pro Hac Vice*) |
|   | MORVILLO, ABRAMOWITZ, GRAND, |
| 2 | IASON & SILBERBERG, P.C. |
|   | 565 Fifth Avenue |
| 3 | New York, NY 10017 |
|   | Telephone: (212) 856-9600 |
| 4 | Facsimile: (212) 856-9494 |
|   | Email: Cmorvillo@magislaw.com |
| 5 | |
|   | Attorneys for Movants |
| 6 | MARK FAINARU-WADA and |
|   | LANCE WILLIAMS |

1 | Kristina E. Findikyan, an active member in good standing of the bars of the states
2 | of New York and Massachusetts, the United States Court of Appeals for the Fifth Circuit and the
3 | United States District Courts for the Southern District of New York, Eastern District of New
4 | York and Eastern District of Michigan, whose business address and telephone number is The
5 | Hearst Corporation, 1345 Avenue of the Americas, New York, NY 10105, (212) 649-2000,
6 | having applied in the above-entitled action for admission to practice in the Northern District of
7 | California on a *pro hac vice* basis, representing movants Mark Fainaru-Wada and Lance
8 | Williams:

9 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11 | *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 | application will constitute notice to the party. All future filings in this action are subject to the
13 | requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 0 5 2006

United States District Court Judge