1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone: (212) 649-2000
   Facsimile:  (212) 649-2035
5  Email:      Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile:  (212) 269-5420
   Email:      Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile:  (415) 395-8095
   Email:      Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22

23 In re:                              CASE NO. CR 06 90225 MISC

24 GRAND JURY SUBPOENAS TO              [PROPOSED] ORDER GRANTING
   MARK FAINARU-WADA                    APPLICATION FOR ADMISSION OF
25 AND LANCE WILLIAMS                   ATTORNEY *PRO HAC VICE*
                                        (EVE B. BURTON)
26

27

28

*Received May 31 2006, Richard W. Wieking, Clerk U.S. District Court, Northern District of California*

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON & SILBERBERG, P.C.
   565 Fifth Avenue
3  New York, NY 10017
   Telephone: (212) 856-9600
4  Facsimile: (212) 856-9494
   Email:     Cmorvillo@magislaw.com
5
   Attorneys for Movants
6  MARK FAINARU-WADA and
   LANCE WILLIAMS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Eve B. Burton, an active member in good standing of the bars of the state of New
2  York and the United States Supreme Court, the United States Court of Appeals for the Second
3  Circuit and the United States District Courts for the Southern District of New York and the
4  Eastern District of New York, whose business address and telephone number is The Hearst
5  Corporation, 1345 Avenue of the Americas, New York, NY, (212) 649-2000, having applied in
6  the above-entitled action for admission to practice in the Northern District of California on a *pro*
7  *hac vice* basis, representing movants Mark Fainaru-Wada and Lance Williams:

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
9  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to the
12 requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: JUN 0 5 2006
14
15                                         United States District Court Judge