1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone: (212) 649-2000
   Facsimile:  (212) 649-2035
5  Email:      Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone: (212) 701-3000
9  Facsimile:  (212) 269-5420
   Email:      Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone: (415) 391-0600
14 Facsimile:  (415) 395-8095
   Email:      Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]

E-Filing

RECEIVED
MAY 31 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MJJ/JSW

CR 06 90225 MISC

CASE NO.

In re:

GRAND JURY SUBPOENAS TO
MARK FAINARU-WADA
AND LANCE WILLIAMS

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*
(FLOYD ABRAMS)

ORIGINAL

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON & SILBERBERG, P.C.
   565 Fifth Avenue
3  New York, NY 10017
   Telephone: (212) 856-9600
4  Facsimile:  (212) 856-9494
   Email:      Cmorvillo@magislaw.com
5
   Attorneys for Movants
6  MARK FAINARU-WADA and
   LANCE WILLIAMS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Floyd Abrams, an active member in good standing of the bars of the state of New |
| 2 | York and the United States Supreme Court, the United States Courts of Appeals for the First, |
| 3 | Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth, Eleventh and District of Columbia |
| 4 | Circuits and the United States District Courts for the Southern District of New York and the |
| 5 | Eastern District of New York, whose business address and telephone number is Cahill, Gordon |
| 6 | & Reindel LLP, 80 Pine Street. New York, NY 10005-1702, (212) 701-3000, having applied in |
| 7 | the above-entitled action for admission to practice in the Northern District of California on a *pro* |
| 8 | *hac vice* basis, representing movants Mark Fainaru-Wada and Lance Williams in the above- |
| 9 | entitled action. |
| 10 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms |
| 11 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro* |
| 12 | *hac vice*. Service of papers upon and communication with co-counsel designated in the |
| 13 | application will constitute notice to the party. All future filings in this action are subject to the |
| 14 | requirements contained in General Order No. 45, *Electronic Case Filing*. |

Dated: _____JUN 0 5 2006_____

_____
United States District Court Judge