1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone:  (212) 649-2000
   Facsimile:   (212) 649-2035
5  Email:        Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY  10005-1702
   Telephone:  (212) 701-3000
9  Facsimile:   (212) 269-5420
   Email:        Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
14 Facsimile:   (415) 395-8095
   Email:        Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]

18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                         SAN FRANCISCO DIVISION

22

23 In re:                                CASE NO. CR 06 90225 MISC

24    GRAND JURY SUBPOENAS TO          [~~PROPOSED~~] ORDER GRANTING
      MARK FAINARU-WADA                 APPLICATION FOR ADMISSION OF
25    AND LANCE WILLIAMS                ATTORNEY *PRO HAC VICE*
                                        (SUSAN BUCKLEY)
26

27

28

ORIGINAL

RECEIVED MAY 31 2006 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-Filing

MJJ / JSW

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON & SILBERBERG, P.C.
   565 Fifth Avenue
3  New York, NY  10017
   Telephone:  (212) 856-9600
4  Facsimile:   (212) 856-9494
   Email:      Cmorvillo@magislaw.com
5
   Attorneys for Movants
6  MARK FAINARU-WADA and
   LANCE WILLIAMS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Susan Buckley, an active member in good standing of the bars of the state of New
2 | York and the United States Supreme Court, the United States Courts of Appeals for the Second,
3 | Third, Fifth, Tenth and Eleventh Circuits and the United States District Courts for the Southern
4 | District of New York and the Eastern District of New York, whose business address and
5 | telephone number is Cahill, Gordon & Reindel LLP, 80 Pine Street. New York, NY 10005-
6 | 1702, (212) 701-3000, having applied in the above-entitled action for admission to practice in the
7 | Northern District of California on a *pro hac vice* basis, representing movants Mark Fainaru-
8 | Wada and Lance Williams:
9 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 | and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11 | *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 | application will constitute notice to the party. All future filings in this action are subject to the
13 | requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____JUN 05 2006_____

_/s/ Jeffrey S. White_
United States District Court Judge

1  ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*