1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, NY 10105
4  Telephone:  (212) 649-2000
   Facsimile:   (212) 649-2035
5  Email:        Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY 10005-1702
   Telephone:  (212) 701-3000
9  Facsimile:   (212) 269-5420
   Email:        Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik H. Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California 94111-2562
   Telephone:  (415) 391-0600
14 Facsimile:   (415) 395-8095
   Email:        Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]
18

19                 UNITED STATES DISTRICT COURT
20                NORTHERN DISTRICT OF CALIFORNIA
21                     SAN FRANCISCO DIVISION
22

| | |
|---|---|
| In re:<br><br>GRAND JURY SUBPOENAS TO<br>MARK FAINARU-WADA<br>AND LANCE WILLIAMS | CASE NO. CR 06 90225 JSW<br><br>[PROPOSED] ORDER GRANTING<br>APPLICATION FOR ADMISSION OF<br>ATTORNEY *PRO HAC VICE*<br>(CHRISTOPHER J. MORVILLO) |

1  Christopher J. Morvillo (*Pro Hac Vice*)
   MORVILLO, ABRAMOWITZ, GRAND,
2  IASON & SILBERBERG, P.C.
   565 Fifth Avenue
3  New York, NY  10017
   Telephone:  (212) 856-9600
4  Facsimile:   (212) 856-9494
   Email:         Cmorvillo@magislaw.com
5
   Attorneys for Movants
6  MARK FAINARU-WADA and
   LANCE WILLIAMS
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Christopher J. Morvillo, an active member in good standing of the bars of the
2  states of New York and Connecticut, the United States Court of Appeals for the Second Circuit
3  and the United States District Courts for the Southern District of New York and Eastern District
4  of New York, whose business address and telephone number is Morvillo, Abramowitz, Grand,
5  Iason & Silberberg, P.C., 565 Fifth Avenue, New York, NY 10017, (212) 856-9600, having
6  applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing movants Mark Fainaru-Wada and Lance
8  Williams:

9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
11 *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 application will constitute notice to the party. All future filings in this action are subject to the
13 requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  JUN 0 5 2006

_____
United States District Court Judge