IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO LANCE WILLIAMS AND MARK FAINARU-WADA | No. 06-CR-90225-MISC JSW<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF** |

This matter comes before the Court upon consideration of a motion to file an amicus brief filed by ABC, Inc., *et al.* (*See* Docket No. 16.) Having considered the memorandum in support thereof and the lack of opposition thereto, the Court finds good cause to GRANT the motion.

The moving parties amicus brief, attached as Exhibit 1 to Docket No. 16 shall be deemed filed as of the date of this Order.

**IT IS SO ORDERED.**



1  Dated: June 7, 2006

2  _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE