IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO LANCE WILLIAMS AND MARK FAINARU-WADA | No. 06-CR-90225-MISC JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE SEALING APPLICTION** |

On June 22, 2006, the Government filed an application to seal portions of its opposition to the motion to quash in this case, as well as the declaration of Brian D. Hershman and the exhibits thereto, under seal, which the Court treats as a motion for administrative relief filed pursuant to Northern District Civil Local Rule 79-5(b). The time for filing an opposition has passed, and neither movant has opposed the request.

However, when it filed the redacted version of its opposition brief, the Government admittedly did not act to fully protect the redacted portions from public disclosure. Accordingly, the Court DENIES WITHOUT PREJUDICE the request to file the brief under seal, and also DENIES WITHOUT PREJUDICE the request to file the Hershman Declaration and its Exhibits under seal.

If the Government maintains that, notwithstanding public disclosure of these materials, the document should be filed under seal, it should file a renewed motion for administrative relief that fully complies with Northern District Local Rules 79-5(b) and 7-11, by no later than July 3, 2006. If the Government will not persist in its request to file these documents under seal, it

1    shall file the unredacted versions of the documents by no later than July 3, 2006.
2        Movants Fainaru-Wada and Williams shall file any opposition thereto in accordance
3    with Northern District Local Rule 7-11.
4        **IT IS SO ORDERED.**

*Jeffrey S. White*

**United States District Court**
For the Northern District of California

United States District Court
For the Northern District of California

1  Dated: June 29, 2006

2  _____
   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE