Jonathan R. Donnellan (Pro Hac Vice)
Kristina E. Findikyan (Pro Hac Vice)
Eve B. Burton (Pro Hac Vice)
THE HEARST CORPORATION
1345 Avenue of the Americas, 10th Floor
New York, New York 10105
Telephone: (212) 649-2000
Facsimile: (212) 649-2035
Email:      Jdonnellan@hearst.com

Floyd Abrams (Pro Hac Vice)
Susan Buckley (Pro Hac Vice)
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY  10005-1702
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
Email:      Sbuckley@cahill.com

Gregory P. Lindstrom (Bar No. 082334)
Steven M. Bauer (Bar No. 135067)
Sadik Huseny (Bar No. 224659)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email:      Gregory.Lindstrom@lw.com

Attorneys for Mark Fainaru-Wada
and Lance Williams

[Additional counsel listed on following page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>GRAND JURY SUBPOENAS TO<br>MARK FAINARU-WADA<br>AND LANCE WILLIAMS | CASE NO. CR 06-90225-MISC  JSW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO EXCEED PAGE LIMITATIONS ON REPLY BRIEF; [PROPOSED] ORDER** |

Pursuant to Criminal Local Rules 2-1 and 47-2 and Civil Local Rule 7-2, and under Civil Local Rule 7-11, movants Mark Fainaru-Wada and Lance Williams respectfully request leave of the Court to exceed the 15-page limit with respect to movants' reply brief in support of their Motion to Quash Grand Jury Subpoenas. Movants have consulted with the government and this motion is unopposed.

At the teleconference held on June 1, 2006, the Court granted movants' request to file an opening brief of 52 pages in length, and gave the government leave to file an opposition brief of similar length. The Court's ruling with respect to the length of movants' opening brief was reflected in the Order filed June 6, 2006.

As the Court is aware, movants are seeking to quash two separate grand jury subpoenas, issued to each of Mark Fainaru-Wada and Lance Williams. For the same reasons set forth in movants' May 31, 2006 Motion for Administrative Relief for Leave to Exceed Page Limitations and discussed at the June 1, 2006 teleconference—including the factual and legal complexity of this case, the efficiencies underlying the integration of movants' papers into a single brief and the fact that movants' proposed single reply brief, totaling 30 pages, is the same length as what they would collectively be entitled to file under the Local Rules of this Court were they to have filed separate motions to quash—movants respectfully request that the Court correspondingly extend to 30 pages the applicable page limitation for movants' reply brief in support of their Motion to Quash Grand Jury Subpoenas.

Dated: July 7, 2006

LATHAM & WATKINS LLP
Gregory P. Lindstrom
Steven M. Bauer
Sadik H. Huseny


By ___/s/_____
Gregory P. Lindstrom

Attorneys for Movants MARK FAINARU-
WADA AND LANCE WILLIAMS

# [PROPOSED] ORDER

The Court having considered Petitioner's Motion for Administrative Relief For Leave to Exceed Page Limitations on Reply Brief and the arguments raised therein, and good cause appearing, IT IS HEREBY ORDERED THAT the motion is GRANTED and the reply brief filed by movants Mark Fainaru-Wada and Lance Williams in support of their Motion to Quash Grand Jury Subpoenas may contain up to 30 pages.

DATED: July 10 , 2006

_____
The Honorable Jeffrey S. White
by Honorable Phyllis J. Hamilton