**United States District Court**
*For the Northern District of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS | No. CR 06-90225 JSW<br><br>**ORDER GRANTING GOVERNMENT'S REQUEST FOR LEAVE TO FILE SUR-REPLY;**<br><br>**ORDER GRANTING IN PART AND DENYING WITHOUT PREJUDICE IN PART MOTION TO SEAL SUR-REPLY.** |

This matter comes before the Court upon consideration of the Government's request to file a sur-reply and its motion to seal the sur-reply, a declaration, and exhibits in support thereof. Movants Fainaru-Wada and Williams ("Movants") oppose both of the Government's motions.

The Court finds good cause to GRANT the Government leave to file its sur-reply. However, it also GRANTS Movants leave to file their proposed response to the sur-reply, attached as an exhibit to their opposition.

The Government also moves to file the sur-reply, the declaration of Brian D. Hershman and an exhibit thereto, and a document entitled Errata re Government's sur-reply under seal. The Government moves to seal each of these documents in their entirety. With respect to Mr. Hershman's declaration and the exhibit thereto, the Court finds good cause to GRANT the request. Accordingly, the Clerk is directed to file the Declaration of Brian D. Hershman in Support of Government's Sur-Reply to Motion to Quash under seal.

1   The Court DENIES the request to file the errata to the Sur-reply under seal as the Exhibit which comprises that errata is a newspaper article that is a matter of public record.

The Court DENIES the request to file the Sur-Reply under seal in its entirety. This ruling is without prejudice to the Government submitting a renewed motion to seal, along with a proposed redacted version of the Sur-reply with the specific portions of the sur-reply which it contends must be filed under seal clearly identified. The Government's renewed motion should make clear why those portions of the brief that it seeks to seal are sealable, in light of the fact the public disclosure of its opposition brief.

In light of this Order, if the Government intends to file a renewed motion to seal, it shall file that document and a redacted version of its sur-reply by July 26, 2006. Movants response is deemed filed as of July 18, 2006.

The briefing on the motion to quash is deemed closed and the Court shall not except any additional filings except as authorized by this Order or on a showing of extraordinarily good cause.

**IT IS SO ORDERED.**

Dated: July 20, 2006

                                                  JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE