**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS | No. CR 06-90225 JSW<br><br>**ORDER DENYING WITHOUT PREJUDICE GOVERNMENT'S REQUEST TO FILE RENEWED ADMINISTRATIVE MOTION TO SEAL AND SUR-REPLY UNDER SEAL** |

This matter comes before the Court upon consideration of the Government's renewed administrative motion to file the unredacted copy of its sur-reply under seal. By that motion, the Government also seeks to file the administrative motion under seal.

A copy of the renewed motion was delivered to chambers with a copy of the unredacted sur-reply, without a file stamp and without a proof of service for either document. When the Court inquired whether the documents had been served on Movants, the Court was advised service had been effected. However, no opposition was received during the time period required by Northern District Local Rule 79-5, and to ensure that Movants had in fact received notice of the renewed motion to seal, the Court inquired of Movants whether an opposition would be forthcoming. According to counsel for Movants, they have not received a copy of the renewed administrative motion to file the sur-reply under seal.

The Court HEREBY DENIES WITHOUT PREJUDICE the renewed administrative motion to seal that motion and the sur-reply. A representative from the Office of the United States Attorney may pick up the copies delivered to chambers from the Court's Deputy Clerk. If the Government intends to pursue that motion, it must (1) properly lodge the motion with the clerk of the Court before delivering a copy to chambers; (2) include a copy of proof of service with any chambers copy; and (3) e-file a Notice of Manual Filing in accordance with General Order 45. If there is some reason the renewed administrative motion should not be served on Movants, the Government must provide good cause to the Court as to why the renewed motion should be considered on an *ex parte* basis.

**IT IS SO ORDERED.**

Dated: July 31, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE