IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS _____/ | No. CR 06-90225 JSW<br><br>**ORDER DENYING GOVERNMENT'S REQUEST FOR EVIDENTIARY HEARING** |

This matter comes before the Court upon consideration of the Government's request for an evidentiary hearing in connection with the Motion to Quash subpoenas filed by Mark Fainaru-Wada and Lance Williams. Having considered the Government's request and the opposition thereto, the Court concludes that the Government has not met its burden to show an evidentiary hearing is warranted. Moreover, the Court concludes that it does not require an evidentiary hearing to resolve the motion. Accordingly, the Government's request is DENIED.

By this Order, the Court HEREBY ADVISES the parties that it will not issue a tentative ruling or questions on the motion in advance of the hearing. The parties shall, however, be prepared to answer questions posed by the Court at the hearing and should avoid repetition of

//

//

//

1  the arguments set forth in their briefs.

2  **IT IS SO ORDERED.**

3  Dated: July 31, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California