

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS | No. CR 06-90225 JSW<br><br>**ORDER GRANTING GOVERNMENT'S REQUEST TO FILE RENEWED ADMINISTRATIVE MOTION TO SEAL AND SUR-REPLY UNDER SEAL** |

## SEALING ORDER

& Considering the opposition thereto, /jsw/

Upon application of the United States ~~and~~ good cause appearing, IT IS HEREBY ORDERED that the unredacted version of the Government's Sur-Reply to the Motion to Quash, as well as this application ~~and order~~, be sealed and not made available to the public until there has been a further order of the Court.

DATED:   AUG 1 0 2006

*[signature]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

RENEWED SEALING APPLICATION AND [PROPOSED] ORDER
CR 06-90225 MISC JSW