```
DEBRA WONG YANG
United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (CA Bar Number: 240398)
MICHAEL J. RAPHAEL (CA Bar Number: 208232)
Assistant United States Attorney
Special Attorneys to the United States Attorney General
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2216
     Facsimile: (213) 894-6436
     email: douglas.m.miller@usdoj.gov

Attorney for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ) | NO. 06-90225 MISC (JSW) |
| ) | |
| WITNESSES BEFORE ) | [PROPOSED] ORDER RE: SEALING OF |
| ) | DOCUMENTS |
| THE GRAND JURY ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filings is GRANTED. The documents sought to be filed under seal shall be filed under seal.

DATED: August 29 , 2006

_____
HON. JEFFREY S. WHITE
United States District Judge

//