1  Jonathan R. Donnellan (*Pro Hac Vice*)
   Kristina E. Findikyan (*Pro Hac Vice*)
2  Eve B. Burton (*Pro Hac Vice*)
   THE HEARST CORPORATION
3  1345 Avenue of the Americas, 10th Floor
   New York, New York 10105
4  Telephone:  (212) 649-2000
   Facsimile:   (212) 649-2035
5  Email:       Jdonnellan@hearst.com

6  Floyd Abrams (*Pro Hac Vice*)
   Susan Buckley (*Pro Hac Vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, NY  10005-1702
   Telephone:  (212) 701-3000
9  Facsimile:   (212) 269-5420
   Email:       Sbuckley@cahill.com
10
   Gregory P. Lindstrom (Bar No. 082334)
11 Steven M. Bauer (Bar No. 135067)
   Sadik Huseny (Bar No. 224659)
12 LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
13 San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
14 Facsimile:   (415) 395-8095
   Email:       Gregory.Lindstrom@lw.com
15
   Attorneys for Movants
16 MARK FAINARU-WADA and
   LANCE WILLIAMS
17
   [Additional counsel listed on following page]
18

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21               SAN FRANCISCO DIVISION

22

23 In re:                              CASE NO. CR 06-90225-MISC JSW

24     GRAND JURY SUBPOENAS TO         **ADMINISTRATIVE MOTION FOR**
       MARK FAINARU-WADA               **CLARIFICATION OF BRIEFING**
25     AND LANCE WILLIAMS              **SCHEDULE; [~~PROPOSED~~] ORDER**

26

27

28

1   Christopher J. Morvillo (*Pro Hac Vice*)
     MORVILLO, ABRAMOWITZ, GRAND,
2   IASON, ANELLO & BOHRER, P.C.
     565 Fifth Avenue
3   New York, NY  10017
     Telephone:  (212) 856-9600
4   Facsimile:   (212) 856-9494
     Email:        Cmorvillo@magislaw.com
5
     Attorneys for Movants
6   MARK FAINARU-WADA and
     LANCE WILLIAMS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR CLARIFICATION OF
BRIEFING SCHEDULE;  [PROPOSED] ORDER
CASE NO. CR 06-90225-MISC JSW

1      Pursuant to Criminal Local Rule 2-1 and Civil Local Rule 7-11, movants Mark

2   Fainaru-Wada and Lance Williams respectfully file the instant administrative motion to clarify

3   the due date for filing of movants' reply brief in support of their Motion for Clarification of the

4   Court's August 15, 2006 Order Denying Motion to Quash Subpoenas.  This motion is

5   unopposed, as the government has a reply brief due on the same schedule as movants in support

6   of its separate Motion for an Order to Show Cause re: Contempt.

7      At the teleconference held on September 7, 2006, and as reflected in the Civil

8   Minute Order of even date, the Court ordered the parties to meet and confer on the Motion for

9   Clarification prior to the filing of the government's opposition papers, but otherwise did not alter

10  the hearing date set for September 21, 2006 or the briefing schedule in place pursuant to

11  Criminal Local Rule 47-2.

12     Criminal Local Rule 47-2 requires that opposition papers be filed not less than

13  seven calendar days before the date set for hearing and that reply papers be filed not less than

14  four calendar days before the date set for hearing.  Crim. L. R. 47-2(d).  As the hearing on the

15  Motion for Clarification is set for Thursday, September 21, 2006, the reply papers are thereby

16  due on Sunday, September 17, 2006.  Movants interpret Federal Rule of Civil Procedure Rule

17  6(a)—which operates to exclude Saturdays and  Sundays from time calculations such that "the

18  period runs until the end of the next day which is not one of the aforementioned days"—as

19  making Monday, September 18, 2006 the due date for the reply papers.  Fed. R. Civ. Proc. 6(a).

20  The government concurs, and similarly interprets Rule 6(a) as providing the government until

21  Monday, September 18 to file reply papers in support of its separate Motion for an Order to

22  Show Cause re: Contempt.  Given that there is no known authority on point concretely applying

23  Rule 6(a) in situations where local rules measure deadlines backward from the hearing date (*see*

24  Schwarzer, Tashima & Wagstaffe, CAL. PRAC. GUIDE: FED. CIV. PRO. BEFORE TRIAL

25  (The Rutter Group 2006), 12:102.7), and in an abundance of caution, movants respectfully file

26  the instant motion for the Court's clarification and confirmation that the reply papers are due on

27  Monday, September 18.

28  ///

ADMINISTRATIVE MOTION FOR CLARIFICATION OF
BRIEFING SCHEDULE;  [PROPOSED] ORDER
CASE NO. CR 06-90225-MISC JSW

1

2   Dated:  September 13, 2006

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

LATHAM & WATKINS LLP
   Gregory P. Lindstrom
   Steven M. Bauer
   Sadik Huseny


By _____/S/_____
   Gregory P. Lindstrom

   Attorneys for Movants
   MARK FAINARU-WADA and
   LANCE WILLIAMS

ADMINISTRATIVE MOTION FOR CLARIFICATION OF
BRIEFING SCHEDULE;  [PROPOSED] ORDER
CASE NO. CR 06-90225-MISC JSW

1

2

**[PROPOSED] ORDER**

3

The Court having considered the Administrative Motion for Clarification of

4

Briefing Schedule and the arguments raised therein, and good cause appearing, ~~IT IS HEREBY~~

5

~~CONFIRMED that~~ any reply papers filed by movants Mark Fainaru-Wada and Lance Williams

6

in support of their Motion for Clarification of the Court's August 15, 2006 Order Denying

7

Motion to Quash Subpoenas and any reply papers filed by the government in support of its

8

separate Motion for an Order to Show Cause re: Contempt are due Monday, September 18, 2006.

9

DATED: Sept. 13 , 2006

10

The Honorable Jeffrey S. White

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR CLARIFICATION OF
BRIEFING SCHEDULE;  [PROPOSED] ORDER
CASE NO. CR 06-90225-MISC JSW