IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS<br>_____/ | No. CR 06-90225 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court has received the Government's *ex parte* filing, which it has requested the Court permit to be filed under seal. The Reporters request that the Court reject that filing and also request that the Court unseal all documents relating to that filing. The Court finds it appropriate to set this matter for a status conference, and accordingly, the parties are HEREBY ORDERED to appear on Tuesday, November 21, 2006 at 1:30 p.m. At this status, the Government should be prepared to address Reporters' contention that this Court has been divested of jurisdiction to take any further action on this matter, in light of the pending appeal.

**IT IS SO ORDERED.**



Dated: November 13, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by Judge Phyllis J. Hamilton