IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS | No. CR 06-90225 JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT REQUEST FOR TELEPHONIC APPEARANCE** |

    The Court has received the parties' Joint Request for a Telephonic Appearance at the Status Hearing set for November 21, 2006. The Court DENIES the request as to Government counsel and local counsel for the reporters. The Court GRANTS the request as to east coast counsel for the Reporters.

    If a personal appearance for the Government or Local counsel poses a true hardship in light of the pending holidays, the parties may request a continuance of the status hearing.

    **IT IS SO ORDERED.**



Dated: November 20, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2