**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO MARK FAINARU-WADA and LANCE WILLIAMS | No. CR 06-90225 JSW<br><br>**ORDER GRANTING GOVERNMENT'S REQUEST TO FILE *EX PARTE* AND *IN CAMERA* FILING UNDER SEAL** |

    This matter comes before the Court upon consideration of the *ex parte* and *in camera* Government submission dated November 3, 2006, which the Government seeks to file under seal. The Government also asks that the Court not disclose the materials therein to the Reporters, Mark Fainaru-Wada and Lance Williams ("Reporters"). Reporters assert that the Court lacks jurisdiction over this matter given the pending appeal, oppose the sealing request, and ask that the Court order the Government turn the information over to the Reporters.

    Having considered the parties' pleadings and argument, the Government's request is GRANTED IN PART. Its *ex parte* and *in camera* submission shall be filed under seal and shall not be disclosed to the Reporters, and the Clerk shall not indicate the nature of the documents in

the public record.  The Court DENIES the Government's request to file this Order under seal.

**IT IS SO ORDERED.**

*Jeffrey S. White*

2

Dated: November 21, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE