GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (CA Bar Number: 240398)
MICHAEL J. RAPHAEL (CA Bar Number: 208232)
Assistant United States Attorneys
Special Attorneys to the United States Attorney General
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF MARK FAINARU-WADA, LANCE WILLIAMS, AND THE SAN FRANCISCO CHRONICLE WITNESSES BEFORE THE GRAND JURY | CR MISC. No.  CR 06-90225-JSW<br>               CR 06-90355-JSW<br><br>[~~PROPOSED~~] ORDER VACATING CONTEMPT FINDINGS AND SANCTIONS |

    IT IS HEREBY ORDERED that the findings of contempt entered against Mark Fainaru-Wada, Lance Williams, and the San Francisco Chronicle, and the sanctions imposed by this Court as a result of those findings, be vacated.

DATED:   This  1st   day of  March        , 2007.

_____
HON. JEFFREY S. WHITE
United States District Judge